**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: October 03, 2017.**



_____
**CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE**

_____

# UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF TEXAS SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 16-52777-cag |
| | § | |
| Rudy Rodriguez | § | Chapter 13 |
| | § | |
| DEBTOR | § | |
| | § | Judge: Craig A. Gargotta |

## ORDER GRANTING DEBTOR'S OBJECTION TO CLAIM OF ARMY & AIR FORCE EXCHANGE SERVICES, POC NO. 4-1

On August 7, 2017, came for consideration, Debtor's Objection to the Claim of the Army & Air Force Exchange Services, POC No. 4-1.

After consideration of the particular facts plead, the legal issues involved, and no objection having been filed, the Court determines that Debtor's objection to the claim of the Army & Air Force Exchange Services should be GRANTED.

WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that the claim of Army & Air Force Exchange Services should not be allowed as a claim in Debtor's present Chapter 13 Case.

**IT IS SO ORDERED.**

###

Respectfully Submitted by:

/s/ Joris Robert Vanhemelrijck
Joris Robert Vanhemelrijck (24056468)
Attorney for Debtors
VANHEMELRIJCK LAW OFFICES, P.C.
1100 N.W. Loop 410, Suite 215
San Antonio, TX 78213
Ph:(210) 804-1529
Fax: (866) 830-3521
jrv@vanlaws.com